IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **CRIMINAL CASE NO. 2:18-cr-358-TFM-JTA** |
| | ) |
| **RICHARD A. STEHL** | ) |

**ORDER**

Pending before the Court is the Defendant's Motion to Dismiss the Second Superseding Indictment, as construed by the Magistrate Judge (Docs. 86, 94), the Report and Recommendation (Doc. 104) that the motion to dismiss be denied, and Defendant's objections (Doc. 109).[1] The Magistrate Judge held a hearing on the motion to dismiss on October 9, 2019, and incorporated the arguments presented in the hearing in recommending the motion to dismiss be denied.

The Court conducted a *de novo* review of those portions of the recommendation to which Defendant objects. *See* 28 U.S.C. § 636(b). Additionally, the Court reviewed the parties' arguments, the case file, and the relevant law, and fully considered the objections. Having done so, the Court concurs with the Report and Recommendation and finds that the objections lack merit. Accordingly, it is **ORDERED** as follows:

(1) Defendant's objections (Doc. 109) are **OVERRULED**;

(2) The Report and Recommendation (Doc. 104) is **ADOPTED**;

---

[1] The Court notes that, after the Magistrate Judge issued the Report and Recommendation, the Government filed a Third Superseding Indictment (Doc. 105). Thus, the motion to dismiss portions of the Second Superseding Indictment, as construed by the Magistrate Judge, is technically moot. However, the arguments in the motion to dismiss are equally applicable to the Third Superseding Indictment. Indeed, Defendant's objections were filed subsequent to the Government's Third Superseding Indictment and set out the counts in the new indictment that it argues are duplicitous. *See* Doc. 109 at 2. Therefore, in light of the proximity of trial and in the interest of judicial efficiency, the Court construes the motion, Report and Recommendation, and objections as applicable to the Third Superseding Indictment, as set out by Defendant.

(3) Defendant's Motion to Dismiss (Docs. 86, 94) is **DENIED**.

The Court notes that Defendant concedes in his objections that his concerns may be cured by special verdict forms and an appropriate jury instruction. The Court agrees and will take up the matter at trial.

**DONE** and **ORDERED** this 26th day of November 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE