# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 2:18-cr-358 TFM-SMD |
| ) | |
| RICHARD A. STEHL ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned attorney of record for Richard A. Stehl and moves this Court to allow him to withdraw as counsel. As grounds, counsel avers as follows:

1. Sentencing was completed on October 16, 2020. Dr. Stehl has retained counsel for an appeal of his case. Therefore, the undersigned has completed his obligation to Dr. Stehl.

         s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
8191 Seaton Place
Montgomery, AL  36116
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
**Email:  amskier@skierlaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Hon. Jonathan S. Ross**
**Hon. Alice Shih LaCour**
**Hon. Verne H. Speirs**

Assistant United States Attorneys

         s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
8191 Seaton Place
Montgomery, AL  36116
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
**Email:  amskier@skierlaw.com**